# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**F I L E D**
May 23, 2012

No. 11–11010
Summary Calendar

HERBERT FLETCHER,

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE),

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
3:11-CV-1284

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Herbert Fletcher appeals the district court's order dismissing his complaint, which protested his tax liability for the 2008 tax year. We have carefully considered the pertinent portions of the record in light of the parties' briefs. For the reasons expressed in our previous opinion in *Fletcher v. United States*, 452 F. App'x 547 (5th Cir. 2011), dismissing Fletcher's appeal of his tax

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11–11010

liability for the 2007 tax year, we conclude that Fletcher has demonstrated no error warranting reversal.  We AFFIRM.